UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JESSE M. TREVATHAN                              CIVIL ACTION

VERSUS                                          NO. 18-7682

DARRYL VANNOY                                   SECTION "R" (1)


# ORDER

Jesse M. Trevathan petitions this Court for a writ of habeas corpus under 28 U.S.C. § 2254.[1] Pursuant to Eastern District of Louisiana Local Civil Rule 73.2(A) and 28 U.S.C. § 636(b), this matter was referred to Magistrate Judge Janis van Meerveld. Magistrate Judge van Meerveld issued a report and recommendation ("R&R"), finding that petitioner's argument—that his sentence of life imprisonment with the possibility of parole is unconstitutional under *Miller v. Alabama*, 567 U.S. 460 (2012)—lacks merit.[2] As such, the Magistrate Judge recommended that this Court dismiss petitioner's application for habeas corpus relief with prejudice.[3]

Petitioner did not file any objections. This Court therefore reviews the R&R for plain error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415,

---

[1]     R. Doc. 1.
[2]     R. Doc. 11.
[3]     *Id.* at 10.

1430 (5th Cir. 1996); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no plain error. Thus, the Court adopts the Magistrate Judge's R&R as its opinion.

    Accordingly, the Court DISMISSES the petition WITH PREJUDICE.

New Orleans, Louisiana, this __29th__ day of December, 2020.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE